1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN WAYNE BONILLA,                    No.  2:18-cv-0276 KJN P

12                   Petitioner,

13        v.                                  ORDER

14   TRINITY COUNTY, et al.,

15                   Respondents.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not filed a request to proceed in forma

19   pauperis or paid the court's filing fee.

20        Petitioner is incarcerated in San Quentin State Prison and was convicted in Alameda

21   County.  Both San Quentin State Prison in San Quentin, California, and Alameda County,

22   California, are in an area embraced by the United States District Court for the Northern District of

23   California.

24        Pursuant to 28 U.S.C  § 2241(d), courts in both the district of conviction and the district of

25   confinement have concurrent jurisdiction over applications for habeas corpus filed by state

26   prisoners.[1]  Because petitioner was not convicted in this district, and is not presently confined

27   ────────────────

28   [1]  Although petitioner named Trinity County as the respondent, review of the filing makes clear
     that petitioner is attempting to challenge his underlying criminal conviction in Alameda County.

                                        1

here, this court does not have jurisdiction to entertain the application.

       Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California. 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

Dated: February 21, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bon276.tra